

**GALLO & IACOVANGELO** LLP
ATTORNEYS AT LAW

| | | |
|---|---|---|
| CAITLIN C. CARRIGG<br>CRAIG D. CHARTIER<br>MARK S. HOLLENBECK<br>KEVIN C. HOYT<br>ANTHONY B. IACOVANGELO<br>FRANK B. IACOVANGELO<br>TRISHA L. KIRSCH<br>EUGENE M. O'CONNOR<br>JOHN C. PALERMO<br>MICHAEL J. RINGROSE<br>SEEMA ALI RIZZO<br>DAVID D. SPOTO | SUITE 100<br>180 CANAL VIEW BLVD.<br>ROCHESTER, NEW YORK 14623<br><br>TELEPHONE (585) 454-7145<br>FAX (585) 454-2476<br><br>Email: info@gallolaw.com<br>Web Page: http://www.GalloLaw.com | MINDY A. ST. JOHN<br>SANDRA G. WILMOT<br>JAMES S. WOLFORD<br>EDWARD A. WURTZ<br><br>HON. JOHN M. OWENS<br>Of Counsel<br>Surrogate Court Judge<br>2014-2020<br>Supreme Court Justice<br>2005-2013<br><br>LOUIS J. GALLO<br>1919 - 2015 |

December 12, 2022

***VIA CM/ECF***
Hon. Brenda K. Sannes
United States District Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, NY 13261-7336

        RE:  *USA v. Jared Marc Brown*
           1:19-cr-00095-BKS

Dear Judge Sannes:

  I represent Mr. Brown who is currently scheduled for sentencing on December 22, 2022, at 9:30 a.m.

  At this time, Mr. Brown is housed in the Northeast Ohio Correctional Center which is approximately a five (5) hour drive from the Rochester courthouse. I visited Mr. Brown on December 7, 2022, and we were unable to have a contact visit due to his COVID concerns. Additionally, based upon his recent medical issues at NEOCC and the stress that could arise from a ten (10) hour round trip drive, we respectfully request that Mr. Brown's appearance for sentencing be virtual. Mr. Brown did confirm this request during my visit.

  As a matter of procedure, the only objection in the Pre-Sentence Report of July 21, 2022 is with respect to the lack of Adjustment for Acceptance of Responsibility. I respectfully request that Mr. Brown's Sentence Statement and accompanying legal Memorandum of Law be due on December 15, 2022.

            Respectfully yours,
            GALLO & IACOVANGELO, LLP

            James S. Wolford, Esq.
            Direct Dial: (585) 340-4205
            Email: JamesWolford@Gallolaw.com

/JSW